UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAR 03 2025
PRO SE OFFICE

Teresa Murphy  sui juris

_____
Write the full name of each plaintiff.

_____CV_____.
(Include case number if one has been
assigned)

-against-

Officer Mezzella, personal
capacity, Joan Decker,
Jeanine Locicero, personal
capacity Frank and Natalie Navarra et al.

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Title 18 usc § 242 Deprivation of Rights Under The Color of Law, Incarcerated without a Probable Cause Hearing within 48 hours. Officer Mezzella (personal capacity) Village of Warwick Police

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

. The plaintiff, _____ , is a citizen of the State of _____
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of _____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

          (Defendant's name)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Teresa _____ E. _____ Murphy sui juris

First Name        Middle Initial        Last Name

32 Robert Dr.

Street Address

Warrick, Orange County    NY    10990

County, City                State        Zip Code

845-309-8591           teresamurphy819@gmail.com

Telephone Number          Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Officer    Mezzella (personal capacity)
First Name              Last Name

et al
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Orange County Warwick, NY 10990
County, City              State          Zip Code

Defendant 2:    Craig Brown (personal capacity)
First Name              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Orange County, Goshen NY 10924
County, City              State          Zip Code

Defendant 3:    Joan    Decker (personal capacity)
First Name              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Orange County Goshen NY 10924
County, City              State          Zip Code

Page 4

Defendant 4:

First Name    **Hendry III** (personal capacity)    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
**Orange County, Goshen NY 10924**
County, City    State    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Ball Rd. Warwick NY 10990, 32 Robert Dr. Warwick, NY 10990, Garnet Medical Center Middletown, NY

Date(s) of occurrence: on or around 9/10/23, 1/13/25

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was pulled over on Ball Rd. Warwick NY 10990 with my three children in the car. Officer Mezzella told me that I was pulled over because someone called and that I was not "maintaining my speed." He proceeded to make me get out of the car and to engage in field sobriety testing, right in front of my children, 11, 10, 5 years old. I informed the officer that I had anxiety and PTSD and was having a panic attack. He forced me to leave my 3 children on the side of the road, while they watched their mother get taken away in a police car.

Since this arrest, the Warwick Police Department, and CPS, have been targeting me and my children. They come into my house unannounced and terrorize

my family and I. On January 13th 2025, 2 police officers, CPS broke into my home. They put me in handcuffs and dragged me, carried me out of my house in front of my children. They brought me to Garnett Medical Center, where I was drugged against my will. I was held down by 7 people, while I screamed, "No, do not drug me. I feel like I'm being raped!" The security guard, dug her elbow into the skin graft on my face, and replied "YouWISH!." They released me, but removed my children.

**INJURIES:** I haven't seen my kids in over 2 months.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Title 18 USC 2340 TORTURE, which has caused severe mental anguish. I had a diagnosis of PTSD, anxiety, and major depressive disorder prior to these traumas.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Monetary Compensation has a remedy for my injuries in the amount of $60,000,000.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 3/3/25

Plaintiff's Signature: *Teresa Murphy (sui juris)*

First Name: Teresa    Middle Initial: E.    Last Name: Murphy

Street Address: 32 Robert Dr.

County, City: Orange County, Warwick    State: NY    Zip Code: 10990

Telephone Number: 845-309-8591

Email Address (if available): teresamurphy819@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically: *Sui juris*

☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.