# UNITED STATES DISTRICT COURT

## EMERGENCY MOTION FOR FEDERAL INJUNCTIVE RELIEF, CRIMINAL REFERRAL, AND DECLARATION OF COVENANT UNDER GOD

### I. MOVANTS

1. :Teresa-elizabeth:Murphy, a white American woman, lawful mother, public educator, and living woman sui juris.
2. Charles-bernard:Starke, a Black American man, civil rights advocate, and living man sui juris.

Movants are bonded in lawful spiritual covenant and stand together in lawful resistance against systemic fraud, color of law abuse, and organized terror. They jointly declare the formation of the Agape Foundation — a lawful mission for love, justice, and integrity.

### II. BASIS FOR EMERGENCY MOTION

3. Movants have submitted sworn affidavits documenting:
- Unlawful home entry by Warwick Police (September 2022-Feb 2025)
- Repeated intimidation by Orange County Sheriff's Department
- Seizure of children without affidavit, hearing, or warrant
- Witness intimidation of Carrie Ware Samson, and protected parties
- Racially motivated targeting of :Charles-bernard:Starke as a Black civil rights activist
- Civil isolation, gang stalking, and economic coercion

### III. LEGAL FRAMEWORK

4. Relief is demanded under:
- 42 U.S.C. § 1983: Civil Rights Deprivation
- 42 U.S.C. § 1985(2): Witness Retaliation
- 18 U.S.C. §§ 241, 242: Color of Law Conspiracy
- 18 U.S.C. §§ 1341, 1343: Mail and Wire Fraud
- 18 U.S.C. § 1962: Racketeering (RICO)
- 18 U.S.C. § 2331(5): Domestic Terrorism
- FRCP Rule 65: Emergency Injunctive Relief

### IV. RELIEF REQUESTED

Movants respectfully demand:
a. Immediate federal injunction prohibiting continued surveillance or intimidation by local or county law enforcement;
b. Restoration of custody rights and protection from unlawful family court actions;

c. DOJ and FBI investigation into all parties involved under RICO, terrorism, and civil rights statutes;
d. Protection of all material witnesses from retaliation or psychological harm;
e. Acknowledgment of their covenantal union as a protected mission under the First and Fourteenth Amendments.

## V. DECLARATION OF COVENANT

5. Movants declare the formation of the Agape Foundation — an inter-racial covenant of divine love, lawful resistance, and public advocacy for all victims of corruption, color of law abuse, and family disintegration. This foundation shall act as a lawful record, shield, and testimony of their faith, unity, and unwavering bond under God.

Filed this 4th day of May 2025,

*[signature]*
Signature

:Teresa-elizabeth:Murphy
Charles-bernard:Starke
Living Woman and Man, sui juris
Founders, Agape Foundation