UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERESA MURPHY,

Plaintiff,

v.

OFFICER MEZZELLA, individually and in official capacity, et al.,

Defendants.

No. 25-CV-1950 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Plaintiff Teresa Murphy brings this pro se Action asserting claims under 42 U.S.C. §§ 1983, 1985, and 1986, as well as under state law. On May 26, 2026, the Court issued an Order that, among other things, directed Garnet Health to identify certain unidentified "John Doe" and "Jane Doe" defendants, including "the security guards, nurses, and other persons employed at the Garnet Medical Center who, on January 13 and 14, 2025, restrained Plaintiff while she was medicated in that facility, medicated her in that facility, and/or drew her blood in that facility." (Order of Service 14 (Dkt. No. 25).) In particular, the Court "ordered that counsel for . . . Garnet Health must ascertain the identity and, if appropriate, badge number of each of the unidentified 'John Doe' and 'Jane Doe' defendants whom Plaintiff seeks to sue here and the address where each of them may be served." (*Id.*) Counsel for Garnet Health was given 60 days from the date of the Order to provide this information to Plaintiff and to the Court. (*See id.*) A copy of Plaintiff's Amended Complaint (Dkt. No. 23) and the Order (Dkt. No. 25) were mailed to Garnet Health, 707 East Main Street, Middletown, NY 10940-2650, on June 9, 2026. (*See* Dkt. (docket entry dated June 9, 2026)).

Counsel for Garnet Health has failed to provide this information to the Court. (*See generally* Dkt.) In Letters filed on August 4, 2026, and September 28, 2026, Plaintiff informed the Court that Garnet Health has also failed to provide her with the required information. (*See* Letter from Plaintiff to Court (Aug. 4, 2026) 1–2 (Dkt. No 64); Letter from Plaintiff to Court (Sep. 28, 2026) 1–2 (Dkt. No. 74).)

Accordingly, the Court renews its Order and directs counsel for Garnet Health to provide to Plaintiff and to the Court the identities, service address, and, if appropriate, badge numbers of the unidentified "John Doe" and "Jane Doe" defendants, as specified in the Court's Order of Service dated May 26, 2026 (Dkt. No. 25). Counsel for Garnet Health must provide this information to Plaintiff and to the Court within 20 days of the date of this order.

The Court respectfully directs the Clerk of Court to mail copies of this Order, the Second Amended Complaint (Dkt. No. 23), and the May 26, 2026 Order of Service (Dkt. No. 25) to Plaintiff and to counsel for Garnet Health: Nicole Salerno, Barker Patterson Nichols, 1200 MacArthur Blvd., Suite 202, Mahwah, NJ 07430.

SO ORDERED.

DATED: November 4, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE